IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MONTY E. HAMLOR, | ) CASE NO. 7:12CV00397 |
| | ) |
| Petitioner, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| | ) |
| HAROLD W. CLARKE, DIRECTOR, | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice; petitioner's motion to certify (ECF No. 2) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 2nd day of November, 2012.

/s/ James C. Turk
Senior United States District Judge